# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3453

_____

Michael S. Lacy,                                  *
                                                  *
                    Appellant,                    *
                                                  *     Appeal from the United States
          v.                                      *     Tax Court.
                                                  *
Commissioner of Internal Revenue,                 *     [UNPUBLISHED]
                                                  *
                    Appellee.                     *

_____

Submitted: January 28, 2009
Filed: February 3, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Lacy challenges the tax court's[1] order dismissing his pro se petition and imposing a $7,500 penalty under 26 U.S.C. § 6673. After careful review, we conclude that the dismissal and the penalty were each proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. All pending motions are denied.

_____

[1]The Honorable Stanley J. Goldberg, United States Tax Court Judge.